CHAS. KELLY v. CHAS. M. STIEFF, INCORPORATED.

(Filed 29 March, 1933.)

APPEAL by defendant from *Devin, J.,* at December Term, 1932, of NEW HANOVER. No error.

*R. B. Shepard and H. Edmund Rodgers for plaintiff.*
*John D. Bellamy & Son for defendant.*

PER CURIAM. The plaintiff brought suit to collect an amount alleged to be due him as commissions for the sale of pianos under a contract he made with the defendant. When the pleadings were filed a compulsory reference was ordered and exceptions were filed to the report. An issue of debt was then submitted to the jury and was answered in favor of the plaintiff.

We have examined all the exceptions in the appellant's brief and find no just cause for disturbing the judgment.

No error.